No. 921. Wynne et al. v. Texas. May 6, 1940. Per Curiam: The appeal is dismissed for the want of a substantial

federal question. *Hodge* v. *Muscatine County*, 196 U. S. 276. *Mr. Sproesser Wynn* for appellants.